**L. C. FERRIS, Appellant,**

**v.**

**STATE of Texas, Appellee.**

No. 28304.

Court of Criminal Appeals of Texas.

May 2, 1956.

Ex parte Vernon T. SANFORD.

No. 28323.

Court of Criminal Appeals of Texas.

May 2, 1956.

No attorney for appellant of record on appeal.

Henry M. Wade, Criminal Dist. Atty., Geo. P. Blackburn, Lancaster Smith, Asst. Criminal Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is rape; the punishment, 45 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.